BK12712PG060

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that DOWNEAST MORTGAGE CORPORATION a Maine Corporation with a principal place of business at South Portland, County of Cumberland, State of Maine, mortgagees and owners of the mortgage described herein and recorded in the YORK County Registry of Deeds, for valuable consideration paid by WASHINGTON MUTUAL BANK, FA with a principal place of business at 2210 Enterprise Drive, Florence, SC 29501 the receipt whereof is hereby acknowledged, do hereby sell, assign, transfer and set over, without recourse, unto WASHINGTON MUTUAL BANK, FA, its successors and assigns, the said mortgage described hereinafter and the note, debts and claims thereby secured respectively and all our right, title and interest by virtue of said mortgage in and to the real estate therein respectively described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignors herein.

### ASSIGNED MORTGAGE

| NAME OF MORTGAGOR | DATE OF MORTGAGE | FACE AMOUNT OF MORTGAGE | BOOK PAGE |
|---|---|---|---|
| TIMOTHY P OCONNOR LAURYN ELIZABETH O'CONNOR | 03/28/03 | $95000.00 | 12683-194 |

PROPERTY LOCATION: 70 SAM ALLEN RD, SANFORD ME 04073

TO HAVE AND TO HOLD the same unto the said WASHINGTON MUTUAL BANK, F.A. its successors and assigns, and its own use and behoof forever.

IN WITNESS WHEREOF, the said DOWNEAST MORTGAGE CORPORATION has caused this instrument to be signed in its corporate name and sealed with its corporate seal by Julie E. Hibbard, its Operations Officer thereunto duly authorized 03/28/03

WITNESS:                                    DOWNEAST MORTGAGE CORPORATION

By: *Tracy Cox*                             By: *Julie E. Hibbard*
                                                 Julie E. Hibbard
                                                 Operations Officer

State of Maine
Cumberland, SS.                             Date: 03/28/03

Then personally appeared the above named Julie E. Hibbard, Operations Officer of DOWNEAST MORTGAGE CORPORATION and acknowledged the foregoing instrument to be her free act and deed and the free act and deed of DOWNEAST MORTGAGE CORPORATION

*Lynn A. Teceno*
Notary Public

SEAL

LYNN A. TECENO
Notary Public, Maine
My Commission Expires September 6, 2009

RECEIVED YORK S.S.
2003 APR -8 PM 1:24

Stewart Title
Of Northern New England Inc.
9 Donald B Dean Drive
South Portland, ME 04106

EXHIBIT D