BK 17036  PGS 391 - 391   06/15/2015 01:29:22 PM
INSTR # 2015022063        DEBRA ANDERSON
RECEIVED YORK SS          REGISTER OF DEEDS

## ASSIGNMENT OF MORTGAGE

KNOW ALL BY THESE PRESENTS THAT **JPMorgan Chase Bank, National Association**, for valuable consideration paid, the receipt whereof is hereby acknowledged, does hereby sell, assign, transfer and set over to **Federal National Mortgage Association**, 14221 Dallas Parkway, Suite 1000 Dallas, TX 75254, its successors and assigns, the said mortgage described hereinafter recorded in the York County Registry of Deeds, and all its right, title and interest by virtue of said mortgage in and to the real estate therein described, with full power to collect and discharge the same or to dispose of the same in the name of the Assignor herein.

Borrower:        Timothy P. O'Connor and Lauryn Elizabeth O'Connor
Original Holder: Downeast Mortgage Corporation
Date:            March 28, 2003
Amount:          $95,000.00
Book:            12683
Page:            194

Dated: 5.15.15

**JPMorgan Chase Bank, National Association**

By: _Michelle L Burr_
Title: Vice President
Type/Print Name: Michelle L Burr

STATE OF    Ohio
COUNTY OF   Franklin

Personally appeared before me this 15 day of May, 2015, the above-named Michelle L Burr, Vice President on behalf of **JPMorgan Chase Bank, National Association** and acknowledged the foregoing to be his/her free act and deed in said capacity.

_Ashley L. Bond_
Type/Print Name: Ashley L. Bond
Notary Public
My Commission Expires: 12/10/2018.

PROPERTY ADDRESS: 70 Sam Allen Road, Sanford, ME 04073



ASHLEY L. BOND
Notary Public, State of Ohio
My Commission Expires 12/10/2018

EXHIBIT F

(handwritten margin: 1 pg → Shapiro + Morley   E)