BK17279    PGS 782 - 784    07/21/2016 09:31:38 AM  
INSTR#: 2016026689    DEBRA ANDERSON  
RECEIVED YORK SS    REGISTER OF DEEDS  
E-RECORDED

After Recording Return To:  
PEIRSONPATTERSON, LLP  
ATTN: RECORDING DEPT.  
13750 OMEGA ROAD  
DALLAS, TX 75244-4505  
800-899-9027

―――――――――――――― *[Space Above This Line For Recording Data]* ――――――――――――――

Loan No.: ▆▆▆▆  
FNMA Loan No.: ▆▆▆▆

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS OR ASSIGNS**, (herein "Assignee"), whose address is **14221 Dallas Parkway, Suite 1000, Dallas, TX 75254**, all beneficial interest under a certain Mortgage dated **March 28, 2003** and recorded on **April 1, 2003**, made and executed by **TIMOTHY P. O'CONNOR AND LAURYN ELIZABETH O'CONNOR**, upon the following described property situated in **YORK** County, State of Maine:  
Property Address: **70 SAM ALLEN ROAD, SANFORD, ME 04073**

such Mortgage having been given to secure payment of **Ninety Five Thousand and 00/100ths ($95,000.00)**, which Mortgage is of record in Book, Volume, or Liber No. **12683**, at Page **194** (or as No. **022352**), in the Register of Deeds of **YORK** County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

**Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc., 14523 SW Millikan Way, #200, Beaverton, OR 97005, telephone #1-866-570-5277, which is responsible for receiving payments.**

---

Maine Assignment of Mortgage  
JPMorgan Chase Bank N.A. Project W3543      Page 1 of 3      L73108ME 01/12 Rev. 02/14



EXHIBIT G

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 2-18-2016.

Assignor:
JPMorgan Chase Bank, National Association

By: _____
Daily Harris

Its: **Vice President**

*[JPMorgan Chase Bank, National Association Corporate Seal]*

## ACKNOWLEDGMENT

State of **Louisiana**                              §
                                                    §
Parish of **Ouachita**                              §

On this 18th day of Feb 2016, before me appeared Daisy Harris, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President**, of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that Daisy Harris acknowledged the instrument to be the free act and deed of the said entity.

_____
Signature of Person Taking Acknowledgment

WANDA INEZ KINSER
Printed Name

NOTARY PUBLIC
Title or Rank

Serial Number, if any: —

My Commission Expires: Life

(Seal)

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W3543        Page 3 of 3        L73108ME 01/12 Rev. 02/14