UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | ) ) ) ) ) | ANSWER – ATLANTIC FEDERAL CREDIT UNION, SUCCESSOR BY ACQUISITION OF YORK COUNTY FEDERAL CREDIT UNION |
| Plaintiff | ) | |
| v. | ) ) | |
| Lauryn Elizabeth O'Connor and Timothy P. O'Connor | ) ) ) | RE: 70 Sam Allen Road Sanford, Maine 04073 |
| Defendants | ) | Mortgage: March 28, 2003 |
| And | ) ) | Book 12683, Page 209 |
| Atlantic Federal Credit Union, Successor by Acquisition of York County Federal Credit Union | ) ) ) ) | Case No. 2:21-cv-00153-NT |
| Party in Interest | ) | |

NOW COMES Party in Interest, Atlantic Federal Credit Union, Successor by Acquisition of York County Federal Credit Union (hereinafter "Atlantic"), by and through its duly authorized counsel, DRUMMOND, WOODSUM & MACMAHON, and hereby answers Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (hereinafter "Plaintiff")'s Complaint as follows:

1. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 5 of Plaintiff's Complaint.

6. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 6 of Plaintiff's Complaint.

7. Atlantic admits the allegation contained in paragraph 7 of Plaintiff's Complaint; however, makes the qualification that Atlantic is now the proper named party in interest by virtue of the acquisition of York County Federal Credit Union referenced in the introductory paragraph.

8. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

12. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 16 of Plaintiff's Complaint.

17. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

18. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 18 of Plaintiff's Complaint.

19. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 19 of Plaintiff's Complaint.

20. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 20 of Plaintiff's Complaint.

21. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 22 of Plaintiff's Complaint.

23. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25. Atlantic admits the allegation contained in paragraph 25 of Plaintiff's Complaint; however, makes the same qualification as set forth in paragraph seven (7) hereof.

26. Atlantic has insufficient knowledge and therefore denies the allegations contained

in paragraph 26 of Plaintiff's Complaint.

27. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 27 of Plaintiff's Complaint.

28. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 28 of Plaintiff's Complaint.

29. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 29 of Plaintiff's Complaint.

30. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 33 of Plaintiff's Complaint.

34. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 34 of Plaintiff's Complaint.

35. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 35 of Plaintiff's Complaint.

36. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 36 of Plaintiff's Complaint.

37. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 37 of Plaintiff's Complaint.

38. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 38 of Plaintiff's Complaint.

39. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 39 of Plaintiff's Complaint.

40. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 40 of Plaintiff's Complaint.

41. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 41 of Plaintiff's Complaint.

42. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 42 of Plaintiff's Complaint.

43. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 44 of Plaintiff's Complaint.

45. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 45 of Plaintiff's Complaint.

46. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 46 of Plaintiff's Complaint.

47. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 47 of Plaintiff's Complaint.

48. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 48 of Plaintiff's Complaint.

49. Atlantic has insufficient knowledge and therefore denies the allegations contained

in paragraph 49 of Plaintiff's Complaint.

50. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 50 of Plaintiff's Complaint.

51. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 52 of Plaintiff's Complaint.

53. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 53 of Plaintiff's Complaint.

54. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 54 of Plaintiff's Complaint.

55. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 55 of Plaintiff's Complaint.

56. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 56 of Plaintiff's Complaint.

57. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 57 of Plaintiff's Complaint.

58. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 58 of Plaintiff's Complaint.

59. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 59 of Plaintiff's Complaint.

60. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 60 of Plaintiff's Complaint.

61. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 61 of Plaintiff's Complaint.

62. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 62 of Plaintiff's Complaint.

63. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 63 of Plaintiff's Complaint.

64. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 64 of Plaintiff's Complaint.

65. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 65 of Plaintiff's Complaint.

66. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 66 of Plaintiff's Complaint.

67. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 67 of Plaintiff's Complaint.

68. Atlantic has insufficient knowledge and therefore denies the allegations contained in paragraph 68 of Plaintiff's Complaint.

Dated at Portland, Maine, this 29th day of July, 2021.

*/s/ Christopher L. Brooks, Esq*
Christopher L. Brooks, Esq. (Bar No. 4637)
Attorney for Atlantic Federal Credit Union, Successor
By Acquisition of York County Federal Credit Union
DRUMMOND, WOODSUM & MACMAHON
84 Marginal Way, Suite 600
Portland, Maine 04101
Tel: 1 (207) 253-0517
E-mail: cbrooks@dwmlaw.com

**CERTIFICATE OF SERVICE**

I, Christopher L. Brooks, Esq., hereby certify that on this 29th day of July, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

Wilmington Savings Fund Society, FSB
d/b/a Christiana Trust, not individually
but as trustee for Pretium Mortgage Acquisition Trust
c/o John A. Doonan, Esq. and Reneau J. Longoria, Esq.
DOONAN, GRAVES & LONGORIA, LLC
100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
E-mail: jad@dgandl.com
E-mail: rjl@dgandl.com

Lauryn Elizabeth O'Connor
70 Sam Allen Road
Sanford, Maine 04073

Timothy P. O'Connor
70 Sam Allen Road
Sanford, Maine 04073

                                         */s/ Christopher L. Brooks, Esq*
                                         Christopher L. Brooks, Esq. (Bar No. 4637)
                                         Attorney for Atlantic Federal Credit Union, Successor
                                         By Acquisition of York County Federal Credit Union
                                         DRUMMOND, WOODSUM & MACMAHON
                                         84 Marginal Way, Suite 600
                                         Portland, Maine 04101
                                         Tel: 1 (207) 253-0517
                                         E-mail: cbrooks@dwmlaw.com