UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br><br>    Plaintiff<br>v.<br><br>Lauryn Elizabeth O'Connor and Timothy P. O'Connor<br><br>    Defendants<br>And<br><br>Atlantic Federal Credit Union, Successor by Acquisition of York County Federal Credit Union<br><br>    Party in Interest | AFFIDAVIT IN SUPPORT OF PRIORITY POSITION – ATLANTIC FEDERAL CREDIT UNION, SUCCESSOR BY ACQUISITION OF YORK COUNTY FEDERAL CREDIT UNION<br><br>RE: 70 Sam Allen Road<br>Sanford, Maine 04073<br><br>Mortgage: March 28, 2003<br>Book 12683, Page 209<br><br>Case No. 2:21-cv-00153-NT |

I, Sara Lapenas, depose and say as follows:

1. I am the Member Solutions Manager with Party in Interest, Atlantic Federal Credit Union, Successor by Acquisition of York County Federal Credit Union (hereinafter "Atlantic Federal Credit Union"), responsible for, among other tasks, reviewing the status of outstanding mortgages, and other related instruments held by Atlantic Federal Credit Union that have been recorded in County Registries of Deeds in the State of Maine, including mortgages that have been recorded against properties subject to foreclosure actions, calculating the amount of outstanding liabilities due under those mortgages, and executing documentation, including commercial instruments, on behalf of Atlantic Federal Credit Union in connection with litigation relating to such mortgages. Atlantic Federal Credit Union has under its custody and control the records relating to the Note and Mortgage referenced below. My knowledge as to the facts set forth in this Affidavit is derived from my personal knowledge, together with my first-hand knowledge of Atlantic Federal Credit Union's records pursuant to my duties and responsibilities as the Member Solutions Manager as well as my knowledge of Atlantic Federal Credit Union's policies of maintaining and verifying that the records are accurate and complete. The below-described records were made at or near the time of the event or transaction to which they relate, or based upon information transmitted by a person with personal knowledge of the event or transaction. Where applicable, the below-described records are kept in electronic and paper form in the ordinary course of business of Atlantic Federal Credit Union and are relied upon by Atlantic Federal Credit Union.

2. It is the regular practice of Atlantic Federal Credit Union to record mortgages with County Registries of Deeds after execution.

3. The records maintained by Atlantic Federal Credit Union reflect that Timothy P. O'Connor executed and delivered to Atlantic Federal Credit Union a certain Home Equity Plus Loan Agreement, dated May 2, 2007, in the original credit limit of $60,000.00 (hereinafter the "Note"); a true and accurate copy of which is attached hereto as EXHIBIT A.

4. The records maintained by Atlantic Federal Credit Union reflect that, as security for the Note, Timothy P. O'Connor executed and delivered to Atlantic Federal Credit Union a certain Mortgage Deed, dated May 2, 2007, pledging certain real estate located at 70 Sam Allen Road, Sanford, Maine 04073 (hereinafter the "Mortgage"). The Mortgage was recorded in the York County Registry of Deeds in Book 15193, Page 245.

5. The records maintained by Atlantic Federal Credit Union reflect that the Note carries a balance (as secured by the Mortgage) in the outstanding principal balance of $41,422.58, together with interest thereon in the amount of $135.30 (as of August 9, 2021) with interest continuing to accrue at the per annum rate of 3.750%. A payoff breakdown calculated as of August 9, 2021 is attached hereto as EXHIBIT C.

Dated: August 17, 2021

By: Sara Lapenas,
Member Solutions Manager

STATE OF MAINE
YORK, ss.

August 17, 2021

Personally appeared the above-named Sara Lapenas, known to me to be the person described in the foregoing Affidavit, and being duly sworn by me, made oath that the above Affidavit signed by her is true.

Before me, 
Notary Public
Morgan L Davis
Printed Name
Nov 15 2025
My Commission Expires

MORGAN DAVIS
Notary Public, State of Maine
My Commission Expires Nov. 15, 2025



1516 Main Street
Sanford, ME 04073
(207) 324-7511

# HOME EQUITY PLUS LOAN AGREEMENT
(with Introductory Rate)



**1. MEANING OF WORDS:** The words "I", "me", and "my" mean each and all of those who sign this Agreement as Borrower, Co-Borrower, or Co-Signer. The words "you", "your", "yours", and the "Credit Union" refer to York County Federal Credit Union.

**2. PROMISE TO PAY:** I promise to pay the Credit Union all sums of money borrowed under this Agreement, plus interest and other charges as explained below. I understand that after the Introductory Rate period, the interest rate may change as explained in paragraph 6. I understand that I am individually responsible for paying back the entire amount owed under this Agreement, even if more than one person signs this Agreement as Borrower or Co-Signer, and even if I have not received any benefit from an advance. This means that each of us is jointly and severally liable for all amount due.

**3. CREDIT LIMIT:** The maximum amount of credit you will extend to me under this Agreement is $ 60,000.00 . I agree not to let my unpaid principal balance exceed my credit limit.

**4. USING MY ACCOUNT:** I may obtain loans under this Agreement by completing and using Equity Plus checks provided to me by the Credit Union. Each Equity Plus check must be written for $25.00 or more in order to be honored. A loan will be made in the exact amount of the check at the time the Credit Union honors the check. I agree to notify the Credit Union immediately if my Equity Plus checks are lost or stolen. The Credit Union may refuse to honor any check or make additional advances to me under this Agreement if: (a) my credit limit would be exceeded; (b) the term of the Agreement and/or any Draw Period expires and the Agreement is not renewed; (c) if my right to advances has been suspended under Paragraph 11; (d) if this Agreement has been terminated under Paragraph 12; and (e) if I or any other borrower who signs below asks you in writing to stop making advances under this Agreement. The time during which I may obtain loans under this Agreement is the "Draw Period". My Draw Period starts on the day after my right to rescind this Agreement expires and continues until the last day of the billing period ending during the 59th month after the month in which I sign this Agreement. At your option, the Draw Period may be renewed for up to two additional five year periods. You will notify me before the end of any Draw Period whether or not you will renew my Draw Period. After my final Draw Period, the "Repayment Period" begins. The Repayment Period begins the first day after the Draw Period ends and continues for fifteen (15) years (180 months). After the Draw Period ends, I will not be able to obtain any further advances or write any more Equity Plus checks and I will begin to repay the outstanding balance on my Agreement by making consecutive monthly payments. During the Repayment Period, payments will be due monthly. My monthly payment for this loan will be computed according to the Variable Interest Rate set forth in Paragraph 6 below at the beginning of the Repayment Period and each month thereafter to yield a monthly payment amount necessary to fully amortize the outstanding balance, together with any finance charges over the remaining term at the current Annual Percentage Rate.

**5. FINANCE CHARGE:** The Finance Charge on each advance begins to be charged on the date the check is honored by the Credit Union. The Finance Charge will be charged for the entire period of time there is an unpaid balance on my account and there will not be any "free period" for me to pay the outstanding balance without incurring an additional Finance Charge. The **FINANCE CHARGE** is figured by multiplying the actual daily balance for each day times the daily periodic rate of .020520 % (corresponding **ANNUAL PERCENTAGE RATE** of 7.490 %), and then adding these daily finance charges.

The actual daily balance is the total of the outstanding balance at the beginning of the day, plus any new loans made that day and minus any payments or credits. The daily interest rate will change if the Annual Percentage Rate changes as explained in Paragraph 6. The Annual Percentage Rate does not include costs other than interest.

**6. VARIABLE INTEREST RATE:** The initial Annual Percentage Rate is 7.490 %. It is an "Introductory Rate" – it is not based on the Index and margin used for later rate adjustments. The Introductory Rate is a fixed rate and will be in effect for the first 36 months after your credit line is open. After 36 months, the Introductory Rate will automatically terminate and the Annual Percentage Rate may increase or decrease on the first day of each month ("Change Date"). My annual percentage rate will be based on the Prime Rate as published in the Wall Street Journal (the "Index") plus percentage points ( 0.500 %) (the "Margin"). If more than one interest rate is published, the lowest rate will be used. Changes in my interest rate will be calculated by taking the index figure available 45 days before each Change Date. This figure rounded to the nearest .25% will be my new interest rate effective on the upcoming change date. The Annual Percentage Rate will not increase above 18%. If the Annual Percentage Rate increases, the amount of my finance charges will increase, and the number or amount of my minimum payments may increase, depending on whether I take additional loans and advances under this Agreement. I will receive a monthly statement showing the current Annual Percentage Rate. No other notice of interest rate changes will be provided.

**7. MINIMUM PAYMENTS:** I will repay the amount I owe under this Agreement by paying each month at least:

☐ 1.75% of my outstanding balance at the time of my most recent advance; or $100.00 whichever is greater.

☒ Monthly interest only payments - under this option, your payments will be due monthly and will equal the finance charges that accrued on the outstanding principal balance during the preceding month, plus the full amount we have loaned you over your credit limit; or $100.00 whichever is greater. That payment must be made to the Credit Union no later than 25 days after the closing statement date on the most recent statement of my account. The amount of the required minimum payment will be shown on my monthly statement of account. I have the right to pay off part or all of the amount I owe any time before it is due without penalty. However, I must always make at least the minimum payment stated above even if I pay more than was required on earlier payment dates. These maximum payments will be due even if the Agreement expires under Paragraph 17 and is not renewed.

At the end of the Draw Period, monthly payments will be paid in accordance with the terms of the Repayment Period set forth in Paragraph 4 above.

**8. COLLATERAL/MORTGAGE:** I give as security for advances made under this Agreement a Mortgage on the property located at:

70 SAM ALLEN ROAD
SANFORD, ME 04073

and described in the Mortgage dated May 2, 2007.

**9. PROPERTY INSURANCE:** I must keep property insurance on the collateral against any loss or damage to the collateral. Fire insurance coverage for all buildings is required in an amount equal to the total balance of all amounts I owe under this Agreement plus all amounts secured by the property that I may owe anyone else, or 79% of the value of the collateral, whichever is higher. I must pay for this insurance and keep it in effect at all times when I owe any amounts under this Agreement. I may obtain this insurance from anyone I want that is acceptable to the Credit Union. The insurance policy must name the Credit Union as an insured.

**10. UPDATED FINANCIAL INFORMATION:** I agree to give you updated and accurate financial information about myself within 10 days of your request.

**11. REFUSING ADVANCES AND/OR REDUCING CREDIT LIMIT:** The Credit Union may refuse to make additional loans under this Agreement and/or reduce my credit limit for any reason stated in Paragraph 11 on the last page of this Agreement.

**12. TERMINATION OF AGREEMENT:** The Credit Union may terminate this Agreement and require payment of the entire outstanding balance for any reason stated in Paragraph 12 on the last page of this Agreement.

**13. EACH SIGNER LIABLE:** I understand that I am individually responsible for paying back the entire amount owed under this Agreement, even if more than one person signs this Agreement as Borrower or Co-Signer, and even if I have not received any benefit from an advance. This means that each of us is jointly and severally liable for all amounts due.

**14. OTHER CHARGES:**
I will pay the Credit Union the following charges:

| | |
|---|---|
| 0.00 | For |
| 0.00 | For |
| 0.00 | For |

**15. COLLECTION EXPENSES:** I agree to pay all reasonable attorney's fees, legal expenses, and other reasonable costs incurred in realizing on the real property which secures the advances made under this Agreement. All fees, expenses, and cost will be added to my unpaid balance.

**16. CHANGE OF TERMS:** The Credit Union may not change the terms of this Agreement, except as follows:
(a) You may make any changes specifically permitted under this Agreement at those times stated in this Agreement.
(b) You may change the Index if the original Index is no longer available and the new Index has historical values similar to those of the original Index and the new Index results in an Annual Percentage Rate similar to the rate in effect at the time the original Index becomes unavailable.
(c) You may make any changes that I agree to in writing at that time.
(d) You may make any changes that will clearly benefit me throughout the remainder of the Agreement.
(e) You may change less important terms of the Agreement such as the billing cycle dates, the payment due date, the day of the month on which Index values are used to calculate changes in interest rate, your rules for rounding numbers in making calculations, the balance computation method, and your address for purposes of payments.

**17. TERM OF AGREEMENT:** The availability of my line of credit under this Agreement expires at the end of the Draw Period or when the Credit Union refuses to make advances as otherwise provided herein.

**18. TAX DEDUCTIBILITY:** I should consult a tax advisor regarding the deductibility of interest and charges under the Agreement.

---

**NOTICE: THE LAST PAGE OF THIS AGREEMENT CONTAINS IMPORTANT INFORMATION ABOUT MY RIGHTS TO DISPUTE BILLING ERRORS.**

BY SIGNING BELOW, I ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS AGREEMENT.

_[signature]_  05/02/2007
Witness, LAURIE K AUGER          Date

_[signature]_  05/02/2007
Borrower, TIMOTHY P OCONNOR      Date

Witness, _____  Date
Borrower, _____ Date

Witness, _____  Date
Borrower, _____ Date



**York County Federal Credit Union**
1516 Main Street
Sanford, ME 04073
(207) 324-7511

Doc# 2007030950
Bk 15193  Pg 0245 - 0247
Received York SS
06/26/2007  1:25PM
Debra L. And
Register of

**EXHIBIT B**

3PO ↓

Fiserv an Inwood Rd
Rocky Hill CT 06067

# MORTGAGE DEED
## HOME EQUITY PLUS

**Definitions:** In this document, the words "I", "Me", "My" and "Mine" mean all borrowers and mortgagors who sign below. The words "You", "Your" and "Credit Union" mean York County Federal Credit Union. "Loan Agreement" means the Home Equity Plus Loan Agreement signed by me and dated, **May 2, 2007.**

The Loan Agreement shows the amount of my line of credit, to be paid as stated in the Loan Agreement.

**1. GRANT OF MORTGAGE AND DESCRIPTION OF PROPERTY.**
As security for the Loan Agreement which I gave you, I mortgage and convey to you, with all rights that the law gives to mortgage holders (including "mortgage covenants"), the property which is located at: **70 SAM ALLEN ROAD SANFORD, ME 04073**

This Mortgage also covers all buildings on the property and all additions to and improvements of the property. The property has the following legal description:

**<<SEE ATTACHED PROPERTY DESCRIPTION>>**

This is the same property conveyed to me by Deed dated --/--/----, and recorded in the York County Registry of Deeds in Book ____, Page ____. This property is already subject to a prior first mortgage given to ____ and dated --/--/---- and recorded in the County Registry of Deeds in Book ____, Page ____.

**NOTICE TO CONSUMER:** I will not sign this agreement before I read it. I am entitled to a copy of this agreement.

---

**BY SIGNING BELOW, I ACKNOWLEDGE RECEIPT OF A COPY OF THIS MORTGAGE.**

_Timothy P OConnor_   **05/02/2007**
Borrower-Mortgagor       Date                   Borrower-Mortgagor       Date

**TIMOTHY P OCONNOR**
**70 SAM ALLEN ROAD**
**SANFORD, ME 04073**

STATE OF MAINE, COUNTY OF
**YORK**           , S.S.                              Date **05/02/2007**

Then personally appeared the above named **TIMOTHY P OCONNOR** and acknowledged the foregoing certification to be true and correct and the foregoing instrument to be his/her/their free act and deed before me.

SEAL

OCONNOR, TIMOTHY P

Record and Return To:
Fiserv Lending Solutions
27 Inwood Road
ROCKY HILL, CT 06067

_Laurie Auger_
**LAURIE K AUGER**
**Notary Public**
My Commission Expires: August 20, 2013

## 2. SECURITY FOR FUTURE ADVANCES.

This mortgage secures all future advances made to me under my Home Equity Plus Loan Agreement up to the total amount of U.S. $ Sixty Thousand and 00/100 (U.S. $60,000.00 ).

## 3. CONSUMER'S PROMISES.

### (A) Ownership:
I promise that I am the sole owner of the property and that I have a legal right to give the Credit Union this Mortgage on it.

### (B) Taxes and Claims:
I promise to pay all taxes due on the property and will keep the property free from all future claims against it.

### (C) Insurance:
I will keep the property insured under terms acceptable to you at my expense and for your benefit. The insurance policy will contain a standard mortgage clause to protect your interest. A duplicate of the insurance policy must be given to the Credit Union.

### (D) Repair and Maintenance:
I will keep the property in good condition and make all repairs reasonably necessary.

### (E) The Loan Agreement:
I will pay when due the amounts, plus interest, which I owe under the Loan Agreement, and any other amounts the Credit Union advances to me to protect its interest in the Mortgage and the property.

### (F) Sale of Property:
I promise not to sell or transfer ownership of the property or use the property as collateral for loans from others as long as my loan remains unpaid, without first getting written approval from the Credit Union. The Credit Union is under no obligation to give this approval.

## 4. FAILURE TO KEEP MY PROMISES.

### (A) Default:
I am in default if I break any promises made in this Mortgage or the Loan Agreement. If I am in default for failure to make a required monthly payment, you may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the entire amount I owe under the Loan Agreement will become immediately due and payable. I also may be required to make immediate payment in full if I break any other promise in this Mortgage or in the Loan Agreement.

### (B) Foreclosure:
If I am in default, you may foreclose on the property if the law gives you that right. I agree to pay your reasonable expenses in preparing the property for resale as allowed by law. In addition, I must pay for all of your reasonable costs and expenses, including reasonable attorney's fees, to the extent allowed by law. Any of these expenses and costs for which I am liable are secured by this Mortgage. If my property is sold in order to repay what I owe and the amount the Credit Union receives from the sale is not enough to repay what I owe, I will still owe the Credit Union the difference.

### (C) Taxes, Insurance and Maintenance:
If I do not pay all taxes, keep the property free from future claims, keep the property properly insured, or keep the property in good condition, you may do so and add the cost to the balance of my loan. I will have to repay this amount to you with interest at the rate stated in the Loan Agreement. This Mortgage also secures any amount added to the balance of my loan under this paragraph.

### (D) Discharge:
If I desire to terminate my Loan Agreement and I have paid all amounts due under the Loan Agreement and this Mortgage, upon my request you will record a certificate in the Registry of Deeds stating that the Mortgage has been discharged, and directing the Registry of Deeds to return the Discharge to me after it has been recorded. I will not be entitled to further advances under the Loan Agreement if the Mortgage is discharged.

© COPYRIGHT SYNERGENT 2005

## SCHEDULE A

That certain piece or parcel of land, and the buildings and improvements thereon, known as

## 70 Sam Allen Rd.

In the Town of: **Sanford**

County of: **York**

and State of **MAINE**.

And being more particularly described in a deed recorded in Book ____12683____, Page ____192____ ~~of the~~
_____.

End of Document

OCONNOR,TIMOTHY Loan ██: HELOC PRIME + .50% [██████████]...08/09/2021

A payment of $41,557.88 is required to pay off this loan on 08/09/21.

```
Principal Balance:                      41,422.58
Interest Type:                              Daily
Interest Rate:                              3.750
Interest Due:                              135.30
One Day's Interest:                        4.2557
Due Date:                              07/31/2021
Amount Past Due by Payoff Date:            525.46
Past Due Payment Count:                         1
Late Charge Due:                             0.00
```





EXHIBIT
C