## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LAURYN ELIZABETH O'CONNOR AND TIMOTHY P. O'CONNOR,<br><br>Defendants,<br><br>YORK COUNTY FEDERAL CREDIT UNION,<br><br>Party-in-Interest. | Docket No. 2:21-cv-00153-NT<br><br>RE: 70 Sam Allen Road,<br>　　 Sanford, ME 04073<br><br>Mortgage: March 28, 2003<br>York County Registry of Deeds<br>Book 12683, Page 194 |

### JUDGMENT OF FORECLOSURE AND SALE

**Address: 70 Sam Allen Road, Sanford, ME 04073**
**Mortgage: March 28, 2003**
**Book 12683, Page 194 in the York County Registry of Deeds**

This matter came before the Court for a testimonial hearing on the Plaintiff's motion for default judgment on January 24, 2022 (ECF No. 28). In a separate Order, I granted that motion and, pursuant to the Plaintiff's request, dismissed Counts II–V of the Amended Complaint. Order on Pl.'s Mot. for Default Judgment (ECF No. 31). Judgment on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

　　1.　　If the Defendants or their heirs or assigns pay Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("**Wilmington**") the amount adjudged due and owing

($119,921.11) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wilmington shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket.  The following is a breakdown of the amount due and owing as of December 2, 2021:

| Description | Amount |
|---|---|
| Principal Balance | $69,095.16 |
| Interest | $21,653.52 |
| Escrow Advance | $21,518.85 |
| Corporate Advance Balance | $7,653.49 |
| Late Fees | $0.09 |
| Grand Total | $119,921.11 |

2.     If the Defendants or their heirs or assigns do not pay Wilmington the amount adjudged due and owing ($119,921.11) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Sanford property shall terminate, and Wilmington Savings shall conduct a public sale of the Sanford property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $119,921.11 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324.  Wilmington may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at the hearing.

3.     In the event that the Defendants, and anyone occupying the premises, do not vacate the Sanford property upon termination of their right to possession, Wilmington may reopen this matter to seek a Writ of Assistance and/or Writ of

Possession consistent with this Judgment to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a).

4.    Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5.    The amount due and owing is $119,921.11.

6.    The priority of interests is as follows:

- Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has first priority, in the amount of $119,921.11, pursuant to the subject Note and Mortgage.

- Atlantic Federal Credit Union, successor by acquisition of York County Federal Credit Union, has the second priority behind the Plaintiff in the amount of $41,422.58 as of August 9, 2021, pursuant to a Mortgage dated May 2, 2007, and recorded in the York County Registry of Deeds in Book 15193, Page 245.

- Lauryn Elizabeth O'Connor and Timothy P. O'Connor have the third priority.

7.    The prejudgment interest rate is 6.00%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 6.37% *see* 14 M.R.S. § 1602-C.

8.     The following information is included in this Judgment pursuant to 14

M.R.S. § 2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust c/o Pretium Mortgage Credit Management, 120 South Sixth Street, #2100 Minneapolis, MN 55402 | John A. Doonan, Esq. Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | Lauryn Elizabeth O'Connor 16 Greenaway Avenue Springvale, ME 04083 | |
| | Timothy P. O'Connor 70 Sam Allen Road Sanford, ME 04073 | |
| PARTY-IN-INTEREST | Atlantic Federal Credit Union 1516 Main Street Sanford, ME 04073 | Christopher L. Brooks, Esq. Drummond, Woodsum & MacMahon 84 Marginal Way, Suite 600 Portland, Maine 04101 |

a.     The docket number of this case is No. 2:21-cv-00153-NT.

b.     All parties to these proceedings received notice of the proceedings

in accordance with the applicable provisions of the Federal Rules of

Civil Procedure.

4

c.   A description of the real estate involved, 70 Sam Allen Road, Sanford, Maine 04073, is set forth in Exhibit A to the Judgment herein.

d.   The street address of the real estate involved is 70 Sam Allen Road, Sanford, Maine 04073. The Mortgage was executed by the Defendants, Lauryn Elizabeth O'Connor and Timothy P. O'Connor, on March 28, 2003. The book and page number of the Mortgage in the York County Registry of Deeds is Book 12683, Page 194.

e.   This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 70 Sam Allen Road, Sanford, Maine 04073.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 8th day of February, 2022.

BK12683PG210

File No:

### Exhibit A - Mortgage

A certain lot or parcel of land together with the buildings thereon situated on the Southerly side of the Sam Allen Road, also known as Oak Hill Road in the Town of Sanford, County of York and State of Maine, and being more particularly bounded and described as follows: Lot #4 as the same as depicted on "Final Plan Subdivision Proposed by Guildo M. Dionne Located in Sanford, Maine dated September, 1987" and recorded in the York County Registry of Deeds in Plan Book 175, Page 33, reference to which is hereby made for a more particular description of the property herein conveyed.

Together with and subject to conditions, restrictions, rights of way and easements of record.

Reference is hereby made to a deed to the mortgagor(s) of near or even date to be recorded herewith.

RECEIVED  YORK S.S.

2003 APR -1  PM 1: 44

EXHIBIT

**A**